**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
**0** Valuation of Security     **2** Assumption of Executory Contract or Unexpired Lease     **0** Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:   **Douglas E. Waldron**          Case No..:   **19-10008-ABA**
         **Patricia L. Waldron**         Judge:       **Andrew B. Altenburg, Jr.**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original                ■ Modified/Notice Required          Date: _____
☐ Motions Included        ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.***

THIS PLAN:

■ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ■ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

☐ DOES ■ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney _____    Initial Debtor: **DEW**    Initial Co-Debtor **PLW**

## Part 1: Payment and Length of Plan

a. The debtor shall pay **623.33 Monthly*** to the Chapter 13 Trustee, starting on **February 1, 2019** for approximately **60** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ■ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection          **X NONE**

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Isabel C. Balboa** | Administrative | 10,554.47 |
| **Joshua Humphries 013332008** | Attorney Fees | 4,250.00 |
| **Internal Revenue Service** | Taxes and certain other debts | 4,238.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
■ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| We Florida Financial | 27 Croyden Road Mays Landing, NJ 08330 Atlantic County | 68,011.33 | 0.00 | 68,011.33 | 2,421.77 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ■ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ■ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ■ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ■ NONE

The following secured claims are unaffected by the Plan:

Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ☐ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| ABCO FCU | Unsecured | 0.00 |
| Hamilton Point Misty Pines HOA | 27 Croyden Road Mays Landing, NJ 08330  Atlantic County | 1,241.66 |

## Part 5:  Unsecured Claims       ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
   ☐   Not less than $____ to be distributed *pro rata*

   ■   Not less than __100__ percent

   ☐   *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6:  Executory Contracts and Unexpired Leases       ■ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

| Creditor | | | | |
|---|---|---|---|---|
| Capital One Auto Finance | 120.00 | Purchase Money Security Monthly payments: $314.66 | Arrearage: $120.00. 42-month cure. per month through the plan. | 2.86 |
| Ford Motor Credit Company, LLC | 999.88 | Assumed Auto Lease Monthly payments: $499.94 | Arrearage: $999.88. 42-month cure. per month through the plan. | 23.81 |

## Part 7: Motions  ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). ■ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| ABCO FCU | Unsecured | 0.00 | 0.00 | None | 0.00 | 0.00 |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ■ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ■ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or

5

coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

### d. Post-Petition Claims

The Standing Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ■ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **10/7/2019**.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **Correct the amounts so that sections 9 and 10 match.** | **Corrected sections 9 and 10.** |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ■ No

## Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
■ Explain here:
**\*This plan is a step plan or has lumpsum payments as follows: $623.33 per month for 9 months, then $935.00 per month for 1 month, then $1,980.00 per month for 50 months**

**Debtors propose to leave the student loan outside of the Plan.**

**Debor will assume lease of Ford Motor Credit. The trustee is further authorized to pay the pre-petition arrears of Claim No. 1 in the amount of $999.88.**

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **November 5, 2019**        /s/ Douglas E. Waldron
                                  **Douglas E. Waldron**

6

                                                  Debtor

Date:  **November  5, 2019**               **/s/ Patricia L. Waldron**
　　　　　　　　　　　　　　　　　　　　　　**Patricia L. Waldron**
　　　　　　　　　　　　　　　　　　　　　　Joint Debtor

Date  **November  5, 2019**                **/s/ Joshua Humphries**
　　　　　　　　　　　　　　　　　　　　　　**Joshua Humphries 013332008**
　　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:
Douglas E. Waldron
Patricia L. Waldron
    Debtors

Case No. 19-10008-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Dec 03, 2019
                     Form ID: pdf901    Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2019.

```
db/jdb         +Douglas E. Waldron,    Patricia L. Waldron,    27 Croyden Road,    Mays Landing, NJ 08330-3433
cr             +Ford Motor Credit Company, LLC, servicer for CAB E,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
cr             +POLICE AND FIREMEN?S RETIREMENT SYSTEM BOARD OF TR,    Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
517948719      +Edfiancial Services,    120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
517952490     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company LLC,      Dept. 55953,    PO Box 55000,
                 Detroit, MI 48255-0953)
517948720      Genesis Laboratory Management,     1912 Rte 35 South,    Ste 202,    Monmouth Beach, NJ 07750
517948721     +Hamilton Point Misty Pines HOA,    c/o Diversity Property Management,     28 S. New York Road,
                 B-6,    Galloway, NJ 08205-9695
517948722     +Hyberg, White & Mann,    2111 New Road,    Executive Plaza, Suite 105,
                 Northfield, NJ 08225-1512
517948723     +Independent Recovery Resources,    24 Railroad Ave,    Patchogue, NY 11772-3518
517948724     +Ivy Rehab Physical Therapy,    1377 Motor Parkway,    Suite 307,    Islandia, NY 11749-5258
517948725     +Lincoln Automotive Financial Service,    Attn: Bankruptcy,    Po Box 542000,
                 Omaha, NE 68154-8000
518445175     +PNC Bank, National Association,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
518102076     +POLICE  AND FIREMEN'S RETIREMENT,    c/o CENLAR FSB,    Attn: BK Department,    425 Phillips BLVD,
                 Ewing NJ 08618-1430
517948728     +Phelan Hallinan & Diamond PC,    400 Fellowship Road,    Suite 100,    Mount Laurel, NJ 08054-3437
518297661      U.S. Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
517948730     +We Florida Financial,    Attn: Bankruptcy,    Po Box 14548,    Fort Lauderdale, FL 33302-4548
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2019 00:18:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2019 00:18:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517948714      +E-mail/Text: mary.stewart@abcofcu.org Dec 04 2019 00:19:57      Abco Fcu,    Attn: Bankruptcy,
                 Po Box 247,    Rancocas, NJ 08073-0247
517948717       E-mail/Text: clientrep@capitalcollects.com Dec 04 2019 00:20:08      CCS,    Attn: Bankruptcy,
                 Po Box 150,    West Berlin, NJ 08091
517948715      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 04 2019 00:31:33      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517948716      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 04 2019 00:32:23
                 Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517957874      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 04 2019 00:32:14
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517972978      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 04 2019 00:32:15
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
518044870      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 04 2019 00:32:29
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518097899      +E-mail/Text: bncmail@w-legal.com Dec 04 2019 00:19:06      CarePoint Health - Physcan CHMG,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517957512       E-mail/Text: mrdiscen@discover.com Dec 04 2019 00:17:49      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517948718      +E-mail/Text: mrdiscen@discover.com Dec 04 2019 00:17:49      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
518249915       E-mail/Text: cio.bncmail@irs.gov Dec 04 2019 00:18:19      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517948726      +E-mail/Text: bkrpt@retrievalmasters.com Dec 04 2019 00:18:51      NJ EZ Pass,
                 c/o Retrieval Mastersr Creditor Bureau,    4 Wesstchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
517993751      +E-mail/PDF: cbp@onemainfinancial.com Dec 04 2019 00:31:19      OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
517948727      +E-mail/PDF: cbp@onemainfinancial.com Dec 04 2019 00:31:22      OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville, IN 47708-1013
518500584       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2019 00:32:17
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
518500585       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2019 00:33:03
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517948729       E-mail/Text: Harris@ebn.phinsolutions.com Dec 04 2019 00:20:08      State of Maryland CCU,
                 c/o Harris and Harris Ltd.,    111 West Jackson Blvd,    Suite 400,    Chicago, IL 60604-4135
518060721      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 04 2019 00:31:43      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518256215       E-mail/Text: Harris@ebn.phinsolutions.com Dec 04 2019 00:20:08      Verizon,
                 c/o Harris and Harris Ltd.,    111 West Jackson Blvd.,    Suite 400,    Chicago, IL 60604-4135
                                                                                              TOTAL: 21
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Dec 03, 2019
                              Form ID: pdf901          Total Noticed: 37

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518070014        POLICE AND FIREMEN'S RETIREMENT SYSTEM
cr*             +POLICE AND FIREMEN'S RETIREMENT SYSTEM BOARD OF TR,    Phelan Hallinan & Schmieg, PC,
                  1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
517964918*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:   Ford Motor Credit Company, LLC,    PO BOX  62180,
                   COLORADO SPRINGS   CO  80962-4400)
517993753*      +OneMain,    PO Box 3251,    Evansville, IN 47731-3251
                                                                                        TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC, servicer for CAB
               EAST LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Joshua Humphries    on behalf of Debtor Douglas E. Waldron jhumphries@keaveneylegalgroup.com,
               jday@keaveneylegalgroup.com;r46514@notify.bestcase.com
              Joshua Humphries    on behalf of Joint Debtor Patricia L. Waldron
               jhumphries@keaveneylegalgroup.com,    jday@keaveneylegalgroup.com;r46514@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC Bank, National Association
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Robert Davidow    on behalf of Creditor    POLICE AND FIREMEN?S RETIREMENT SYSTEM BOARD OF
               TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY
               nj.bkecf@fedphe.com
              Robert Davidow    on behalf of Creditor    POLICE AND FIREMEN'S RETIREMENT SYSTEM BOARD OF
               TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11
```