UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Kevin G. McDonald
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
PNC Bank, National Association

In Re:
    Douglas E. Waldron
    Patricia L. Waldron aka Patricia Morris-Waldron

Order Filed on December 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:  19-10008 ABA

Chapter: 13

Hearing Date: 11/12/2019

Judge:  Andrew B. Altenburg Jr.

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: December 10, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>PNC Bank, National Association</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as, 106 Woodpecker Rd, Egg Harbor Twp NJ 08234**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:   
Douglas E. Waldron  
Patricia L. Waldron  
    Debtors

Case No. 19-10008-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                  Page 1 of 1                   Date Rcvd: Dec 10, 2019
                               Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2019.
db/jdb         +Douglas E. Waldron,   Patricia L. Waldron,   27 Croyden Road,   Mays Landing, NJ 08330-3433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2019 at the address(es) listed below:
    Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
    Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com
    John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC, servicer for CAB EAST LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
    Joshua Humphries    on behalf of Debtor Douglas E. Waldron jhumphries@keaveneylegalgroup.com, jday@keaveneylegalgroup.com;r46514@notify.bestcase.com
    Joshua Humphries    on behalf of Joint Debtor Patricia L. Waldron jhumphries@keaveneylegalgroup.com,   jday@keaveneylegalgroup.com;r46514@notify.bestcase.com
    Kevin Gordon McDonald    on behalf of Creditor    PNC Bank, National Association kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
    Robert Davidow    on behalf of Creditor    POLICE AND FIREMEN?S RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com
    Robert Davidow    on behalf of Creditor    POLICE AND FIREMEN'S RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 11