UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

832537
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for POLICE AND FIREMEN?S RETIREMENT
SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE
AGENT NEW JERSEY HOUSING AND MORTGAGE
FINANCE AGENCY

**Order Filed on April 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DOUGLAS WALDRON A/K/A DOUGLAS E. WALDRON
PATRICIA WALDRON A/K/A PATRICIA L. WALDRON
A/K/A PATRICIA MORRIS-WALDRON

Case No:  19-10008 - ABA

Hearing Date: April 7, 2020

Judge:  Andrew B. Altenburg, Jr

Recommended Local Form:    ⊠  Followed    ☐  Modified

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) and four (4) is hereby **ORDERED**.

**DATED: April 15, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| Applicant: | POLICE AND FIREMEN?S RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY |
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | JOSHUA HUMPHRIES, Esquire |
| Property Involved ("Collateral"): | 27 CROYDON ROAD, HAMILTON TOWNSHIP, NJ 08330 |

Relief sought:  ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.      Status of post-petition arrearages:

☒ The Debtor is overdue for **2** months, from **03/01/2020** to **04/01/2020**.

☒ The Debtor is overdue for **2** payments at $**2,465.88** per month.

☐ The Debtor is assessed for _____ late charges at $_____ per month.

☐ Applicant acknowledges suspense funds in the amount of $_____.

Total Arrearages Due $**4,931.76**.

2.      Debtor must cure all post-petition arrearages, as follows:

☒ Immediate payment shall be made in the amount of $**2,465.88**.  Payment shall be made no later than **04/07/2020**.

☒ Beginning on **05/01/2020**, regular monthly mortgage payments shall continue to be made.

☒ Beginning on **04/01/2020**, additional monthly cure payments shall be made in the amount of $**410.98** for **6** months.

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.  Said amount shall be set up on Trustee's ledger as a separate Claim.  Debtor(s) shall file a Modified Plan within 10 days from the entry

of this Order to account for the additional arrears to be paid to the secured creditor via Chapter 13 Plan and
to adjust monthly payments to the Chapter 13 Trustee accordingly.

3.      Payments to the Secured Creditor shall be made to the following address(es):

☒ Immediate payment:

Cenlar, FSB
425 Phillips Boulevard
Ewing, NJ 08618

☒ Regular Monthly payment:

Cenlar, FSB
425 Phillips Boulevard
Ewing, NJ 08618

☒ Monthly cure payment:

Cenlar, FSB
425 Phillips Boulevard
Ewing, NJ 08618

4.      In the event of Default:

☒   Should the Debtors fail to make any of the above captioned payments, or if any regular monthly
mortgage payment commencing after the cure of the post-petition delinquency is more than thirty (30)
days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be
sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order
granting relief from the Automatic Stay

☒   In the event the Debtors converts to a Chapter 7 during the pendency of this bankruptcy case,
the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring
the loan contractually current.  Should the Debtors fail to bring the loan contractually current,
counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent
to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order
granting relief from the Automatic Stay

☒   This agreed order survives any loan modification agreed to and executed during the instant
bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than
thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification

shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an

Order granting relief from the Automatic Stay

5.        Award of Attorneys' Fees:

☐ The Applicant is awarded attorney's fees of $_____, and costs of $_____.

The fees and costs are payable:

☐ Through the Chapter 13 plan.  These fees/costs shall be set up as a separate claim to be paid by
the Standing Trustee and shall be paid as an administrative claim.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

6.        This Agreed Order survives any loan modification agreed to and executed during the instant bankruptcy.

Case 19-10008-ABA   Doc 61   Filed 04/17/20   Entered 04/18/20 00:22:14   Desc Imaged
Certificate of Notice   Page 5 of 5

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-10008-ABA
Douglas E. Waldron                                                    Chapter 13
Patricia L. Waldron
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Apr 15, 2020
                              Form ID: pdf903      Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
db              +Douglas E. Waldron,    27 Croyden Road,   Mays Landing, NJ 08330-3433
jdb             +Patricia L. Waldron,   27 Croyden Road,   Mays Landing, NJ 08330-3433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jason Brett Schwartz    on behalf of Creditor   Capital One Auto Finance
           jschwartz@mesterschwartz.com
          John R. Morton, Jr.   on behalf of Creditor   Ford Motor Credit Company, LLC, servicer for CAB
           EAST LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Kevin Gordon McDonald   on behalf of Creditor   PNC Bank, National Association
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Robert  Davidow   on behalf of Creditor   POLICE AND FIREMEN'S RETIREMENT SYSTEM BOARD OF
           TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY
           nj.bkecf@fedphe.com
          Robert  Davidow   on behalf of Creditor   CENLAR FSB AS SERVICER FOR POLICE AND FIREMENS
           RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEYHOUSING AND MORTGAGE
           FINANCE AGENCY nj.bkecf@fedphe.com
          Robert  Davidow   on behalf of Creditor   POLICE AND FIREMEN?S RETIREMENT SYSTEM BOARD OF
           TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY
           nj.bkecf@fedphe.com
          Sherri Jennifer Smith   on behalf of Creditor   POLICE AND FIREMEN'S RETIREMENT SYSTEM BOARD OF
           TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY
           nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Warren D. Levy    on behalf of Debtor Douglas E. Waldron gdeangelo@keaveneylegalgroup.com,
           fkeenan@keaveneylegalgroup.com;r46514@notify.bestcase.com
          Warren D. Levy    on behalf of Joint Debtor Patricia L. Waldron gdeangelo@keaveneylegalgroup.com,
           fkeenan@keaveneylegalgroup.com;r46514@notify.bestcase.com
                                                                       TOTAL: 13