Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–10008–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Douglas E. Waldron
27 Croyden Road
Mays Landing, NJ 08330

Patricia L. Waldron
aka Patricia Morris–Waldron
27 Croyden Road
Mays Landing, NJ 08330

Social Security No.:
xxx–xx–9474

xxx–xx–3717

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:              October 13, 2020
Time:                  10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*63* – Response to (related document:62 Creditor's Certification of Default (related document:60 Order on Motion For Relief From Stay) filed by Sherri Jennifer Smith on behalf of CENLAR FSB AS SERVICER FOR POLICE AND FIREMENS RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEYHOUSING AND MORTGAGE FINANCE AGENCY. Objection deadline is 09/22/2020. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) filed by Creditor CENLAR FSB AS SERVICER FOR POLICE AND FIREMENS RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEYHOUSING AND MORTGAGE FINANCE AGENCY) filed by Warren D. Levy on behalf of Douglas E. Waldron, Patricia L. Waldron. (Attachments: # 1 Certificate of Service) (Levy, Warren)

and transact such other business as may properly come before the meeting.

Dated: September 18, 2020
JAN: kaj

Jeanne Naughton
Clerk