Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−10008−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Douglas E. Waldron
27 Croyden Road
Mays Landing, NJ 08330

Patricia L. Waldron
aka Patricia Morris−Waldron
27 Croyden Road
Mays Landing, NJ 08330

Social Security No.:
xxx−xx−9474

xxx−xx−3717

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            October 13, 2020
Time:            10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*63* − Response to (related document:62 Creditor's Certification of Default (related document:60 Order on Motion For Relief From Stay) filed by Sherri Jennifer Smith on behalf of CENLAR FSB AS SERVICER FOR POLICE AND FIREMENS RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEYHOUSING AND MORTGAGE FINANCE AGENCY. Objection deadline is 09/22/2020. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) filed by Creditor CENLAR FSB AS SERVICER FOR POLICE AND FIREMENS RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEYHOUSING AND MORTGAGE FINANCE AGENCY) filed by Warren D. Levy on behalf of Douglas E. Waldron, Patricia L. Waldron. (Attachments: # 1 Certificate of Service) (Levy, Warren)

and transact such other business as may properly come before the meeting.

Dated: September 18, 2020
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Douglas E. Waldron  
Patricia L. Waldron  
     Debtors

Case No. 19-10008-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Sep 18, 2020  
                       Form ID: 173    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2020.
db/jdb       +Douglas E. Waldron,    Patricia L. Waldron,    27 Croyden Road,    Mays Landing, NJ 08330-3433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2020 at the address(es) listed below:

          Denise E. Carlon   on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Jason Brett Schwartz   on behalf of Creditor   Capital One Auto Finance jschwartz@mesterschwartz.com  
          John R. Morton, Jr.   on behalf of Creditor   Ford Motor Credit Company, LLC, servicer for CAB EAST LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
          Kevin Gordon McDonald   on behalf of Creditor   PNC Bank, National Association kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Robert Davidow   on behalf of Creditor   POLICE AND FIREMEN'S RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com  
          Robert Davidow   on behalf of Creditor   CENLAR FSB AS SERVICER FOR POLICE AND FIREMENS RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEYHOUSING AND MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com  
          Robert Davidow   on behalf of Creditor   POLICE AND FIREMEN?S RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com  
          Sherri Jennifer Smith   on behalf of Creditor   CENLAR FSB AS SERVICER FOR POLICE AND FIREMENS RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEYHOUSING AND MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com  
          Sherri Jennifer Smith   on behalf of Creditor   POLICE AND FIREMEN'S RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
          Warren D. Levy   on behalf of Debtor Douglas E. Waldron jday@keaveneylegalgroup.com, jdimaggio@keaveneylegalgroup.com;r46514@notify.bestcase.com  
          Warren D. Levy   on behalf of Joint Debtor Patricia L. Waldron jday@keaveneylegalgroup.com, jdimaggio@keaveneylegalgroup.com;r46514@notify.bestcase.com  
                                                                                       TOTAL: 14