Document    Page 1 of 3

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>STERN, LAVINTHAL & FRANKENBERG, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, NJ 07068<br>Phone: (973) 797-1100<br>Fax: (973) 228-2679<br>Email: mcozzini@sternlav.com<br>Attorney for Secured Creditor,<br>Cenlar FSB as servicer for Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency<br>By Maria Cozzini, Esq. | Order Filed on February 16, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Douglas E. Waldron**<br><br>**Patricia L. Waldron aka Patricia Morris-Waldron**<br><br><br>Debtor(s). | Case No.: 19-10008-ABA<br><br>Chapter: 13<br><br>Hearing Date:<br><br>Judge: Andrew B. Altenburg, Jr. |

## ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**

**DATED: February 16, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page | 2
Debtor: Douglas E. Waldron and Patricia L. Waldron aka Patricia Morris-Waldron
Case No: 19-10008-ABA
Caption: Order Resolving Creditor's Certification of Default with Conditions

Applicant: Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency
Applicant's Counsel: Stern Lavinthal & Frankenberg, LLC
Debtor's Counsel: Warren D. Levy
Property Involved ("Collateral"): 27 Croyden Road, Hamilton Township, NJ 08330

Relief sought:
- ✓ Motion for relief from the automatic stay
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    - The Debtor is overdue for 6 months, from June, 2020 to November, 2020

    - The Debtor is overdue for 6 payments at $2,465.88 per month

    - Movant acknowledges receipt of payments in the amount of $8,931.76 while this Motion was pending.

    - Less Funds held in debtor(s) suspense $410.98

    Total Arrearages Due $5,452.54

2. Debtor must cure all post-petition arrearages, as follows:

    - Immediate payment in the amount of $5,452.54 to be made by December 31, 2020.

    - Beginning on December 1, 2020, regular monthly mortgage payments shall continue to be made in the amount $2,465.88.

**Page | 3**
Debtor: Douglas E. Waldron and Patricia L. Waldron aka Patricia Morris-Waldron
Case No: 19-10008-ABA
Caption: Order Resolving Creditor's Certification of Default with Conditions

3. Payments to the Secured Creditor shall be made to the following address(es):

   - ✓ Immediate payment:   Cenlar FSB, Attn: Bk Dept
     425 Phillips Blvd.
     Ewing, NJ 08618

   - ✓ Regular monthly payment:   Cenlar FSB, Attn: Bk Dept
     425 Phillips Blvd.
     Ewing, NJ 08618

   - ✓ Monthly cure payment:   Cenlar FSB, Attn: Bk Dept
     425 Phillips Blvd.
     Ewing, NJ 08618

4. In the event of Default:

If the Debtors fail to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:
   - ✓ The Applicant is awarded attorney's fees of $350.00.
     The fees and costs are payable:
   - ✓ through the Chapter 13 plan.
   - ☐ to the Secured Creditor within _____ days.
   - ☐ Attorneys' fees are not awarded.