Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−10008−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Douglas E. Waldron
27 Croyden Road
Mays Landing, NJ 08330

Patricia L. Waldron
aka Patricia Morris−Waldron
27 Croyden Road
Mays Landing, NJ 08330

Social Security No.:
xxx−xx−9474

xxx−xx−3717

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           May 10, 2022
Time:                      10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*79* – Response to (related document:78 Creditor's Certification of Default filed by Maria Cozzini on behalf of CENLAR FSB AS SERVICER FOR POLICE AND FIREMENS RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEYHOUSING AND MORTGAGE FINANCE AGENCY. Objection deadline is 04/13/2022. (Attachments: # 1 Exhibit # 2 Certification # 3 Certificate of Service # 4 Proposed Order) filed by Creditor CENLAR FSB AS SERVICER FOR POLICE AND FIREMENS RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEYHOUSING AND MORTGAGE FINANCE AGENCY) filed by James DiMaggio on behalf of Douglas E. Waldron, Patricia L. Waldron. (DiMaggio, James)

and transact such other business as may properly come before the meeting.

Dated: April 13, 2022
JAN: eag

Jeanne Naughton
Clerk