Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19−10008−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Douglas E. Waldron | Patricia L. Waldron |
| 27 Croyden Road | aka Patricia Morris−Waldron |
| Mays Landing, NJ 08330 | 27 Croyden Road |
| | Mays Landing, NJ 08330 |

Social Security No.:
  xxx−xx−9474

                           xxx−xx−3717

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:              May 10, 2022
Time:            10:00 AM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*79* − Response to (related document:78 Creditor's Certification of Default filed by Maria Cozzini on behalf of CENLAR FSB AS SERVICER FOR POLICE AND FIREMENS RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEYHOUSING AND MORTGAGE FINANCE AGENCY. Objection deadline is 04/13/2022. (Attachments: # 1 Exhibit # 2 Certification # 3 Certificate of Service # 4 Proposed Order) filed by Creditor CENLAR FSB AS SERVICER FOR POLICE AND FIREMENS RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEYHOUSING AND MORTGAGE FINANCE AGENCY) filed by James DiMaggio on behalf of Douglas E. Waldron, Patricia L. Waldron. (DiMaggio, James)

and transact such other business as may properly come before the meeting.

Dated: April 13, 2022
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-10008-ABA

Douglas E. Waldron                                                  Chapter 13

Patricia L. Waldron

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2022 | Form ID: 173 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas E. Waldron, Patricia L. Waldron, 27 Croyden Road, Mays Landing, NJ 08330-3433 |
| cr | + | CENLAR FSB AS SERVICER FOR POLICE AND FIREMENS RET, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2022                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| James DiMaggio | |
| | on behalf of Debtor Douglas E. Waldron jdimaggio@keaveneylegalgroup.com jdimaggio@keaveneylegalgroup.com;atruss@keaveneylegalgroup.com |
| James DiMaggio | |

on behalf of Joint Debtor Patricia L. Waldron jdimaggio@keaveneylegalgroup.com
jdimaggio@keaveneylegalgroup.com;atruss@keaveneylegalgroup.com

Jason Brett Schwartz

on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com

John R. Morton, Jr.

on behalf of Creditor Ford Motor Credit Company  LLC, servicer for CAB EAST LLC ecfmail@mortoncraig.com,
mortoncraigecf@gmail.com

Kevin Gordon McDonald

on behalf of Creditor PNC Bank  National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Maria Cozzini

on behalf of Creditor CENLAR FSB AS SERVICER FOR POLICE AND FIREMENS RETIREMENT SYSTEM BOARD OF
TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEYHOUSING AND MORTGAGE FINANCE AGENCY
mcozzini@sternlav.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10