ID:XXXXX31300 WEB

Apr 26, 2022　　　　　　　　　　　　　　　　　　　　-$7,491.57
CENTRAL LOAN ADM DES:1 TIME　　　　　　　　　　　$2,784.59
DFT ID:XXXXX67294
INDN:DOUGLAS WALDRON CO
ID:9DFT4 TEL

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| Apr 7, 2022 | CENTRAL LOAN ADM DES:1 TIME DFT ID:XXXXX67294 INDN:DOUGLAS WALDRON CO ID:9DFT4 TEL | -$2,465.88 | $989.61 |
| Apr 6, 2022 | KEEP THE CHANGE TRANSFER TO ACCT 0316 FOR 04/06/22 | -$0.03 | $3,455.49 |
| Apr 6, 2022 | CENTRAL LOAN ADM DES:1 TIME DFT ID:XXXXX67294 INDN:DOUGLAS WALDRON CO ID:9DFT4 TEL | -$2,465.88 | $3,455.52 |