UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stern Lavinthal & Frankenberg LLC
By: Maria R. Cozzini, Esq.
105 Eisenhower Parkway - Suite 302
Roseland, NJ  07068
Telephone Number (973) 797-1100
Facsimile Number (973) 228-2679
Email: mcozzini@sternlav.com
Attorneys for Secured Creditor,

Cenlar FSB as servicer for Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and

In Re:
Douglas E. Waldron

Patricia L. Waldron

Case No.:   19-10008
Chapter:   13
Hearing Date:   May 11, 2022
Judge:   Andrew B Altenburg Jr

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Creditor's Notice of Default - Docket No, 78

Date: May 10, 2020

/s/ Maria R. Cozzini, Esq.
Signature

*rev.8/1/15*