UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
STERN, LAVINTHAL & FRANKENBERG, LLC
105 Eisenhower Parkway, Suite 302
Roseland, NJ 07068
Phone: (973) 797-1100
Fax: (973) 228-2679
Email: mcozzini@sternlav.com
Attorney for Secured Creditor,
Cenlar FSB as servicer for Police and Firemen's
Retirement System Board of Trustees by its
Administrative Agent New Jersey Housing and
Mortgage Finance Agency
By Maria Cozzini, Esq.

**Order Filed on May 27, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

**Douglas E. Waldron**

**Patricia L. Waldron aka Patricia Morris-Waldron**

Debtor(s).

Case No.: 19-10008-ABA

Chapter: 13

Hearing Date:

Judge: Andrew B. Altenburg, Jr.

## ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**

**DATED: May 27, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page | 2**
Debtor: Douglas E. Waldron and Patricia L. Waldron aka Patricia Morris-Waldron
Case No: 19-10008-ABA
Caption: Order Resolving Creditor's Certification of Default with Conditions

Applicant:                             Police and Firemen's Retirement System Board of
Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency
Applicant's Counsel:                   Stern Lavinthal & Frankenberg, LLC _____
Debtor's Counsel:                      Warren D. Levy _____
Property Involved ("Collateral"):      27 Croyden Road, Hamilton Township, NJ 08330

Relief sought:
  ✓ Motion for relief from the automatic stay
    Motion to dismiss
    Motion for prospective relief to prevent imposition of automatic stay
    against the collateral by debtor's future bankruptcy filings

   For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved,

subject to the following conditions:

1.  Status of post-petition arrearages:

    - The Debtor is overdue for 7 months, from November, 2021 to May, 2022

    - The Debtor is overdue for 1 payments at $2,497.19 per month

    - The Debtor is overdue for 6 payments at $2,513.32 per month

    - The Creditor acknowledges receipts of the following payments after this Notice of
      Default was filed: $2,465.88, $2,465.88, and $7,491.57

    - Less Funds held in debtor(s) suspense $728.55

    Total Arrearages Due $4,424.63

2.  Debtor must cure all post-petition arrearages, as follows:

    - Immediate payment in the amount of $2,212.30 to be made by May 16, 2022 and the
      remainder of the arrears in the amount of $2,212,33 to be made by May 31, 2022.

    - Beginning on June 1, 2022, regular monthly mortgage payments shall continue to be
      made in the amount $2,513.32.

**Page | 3**
Debtor: Douglas E. Waldron and Patricia L. Waldron aka Patricia Morris-Waldron
Case No: 19-10008-ABA
Caption: Order Resolving Creditor's Certification of Default with Conditions

3. Payments to the Secured Creditor shall be made to the following address(es):

   ✓ Immediate payment:           Cenlar FSB, Attn: Bk Dept_____
                                  425 Phillips Blvd._____ _____
                                  Ewing, NJ 08618_____

   ✓ Regular monthly payment:     Cenlar FSB, Attn: Bk Dept_____
                                  425 Phillips Blvd.    _____
                                  Ewing, NJ 08618_____

   ✓ Monthly cure payment:        Cenlar FSB, Attn: Bk Dept_____
                                  425 Phillips Blvd. _____ _____
                                  Ewing, NJ 08618      _____

4. In the event of Default:

If the Debtors fail to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

   ✓ The Applicant is awarded attorney's fees of $350.00.

     The fees and costs are payable:

   ✓ through the Chapter 13 plan.

   ☐ to the Secured Creditor within _____ days.

**Page | 4**
Debtor: Douglas E. Waldron and Patricia L. Waldron aka Patricia Morris-Waldron
Case No: 19-10008-ABA
Caption: Order Resolving Creditor's Certification of Default with Conditions

☐ Attorneys' fees are not awarded.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 19-10008-ABA

Douglas E. Waldron                                                                    Chapter 13

Patricia L. Waldron

      Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 27, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2022:**

**Recip ID                    Recipient Name and Address**
db/jdb                        +  Douglas E. Waldron, Patricia L. Waldron, 27 Croyden Road, Mays Landing, NJ 08330-3433

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2022                         Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2022 at the address(es) listed below:**

**Name                           Email Address**

Denise E. Carlon
                               on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
                               on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                               ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jason Brett Schwartz
                               on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com

John R. Morton, Jr.
                               on behalf of Creditor Ford Motor Credit Company  LLC, servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Kevin Gordon McDonald

District/off: 0312-1                          User: admin                                    Page 2 of 2
Date Rcvd: May 27, 2022                      Form ID: pdf903                              Total Noticed: 1

on behalf of Creditor PNC Bank  National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Maria Cozzini

on behalf of Creditor CENLAR FSB AS SERVICER FOR POLICE AND FIREMENS RETIREMENT SYSTEM BOARD OF
TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEYHOUSING AND MORTGAGE FINANCE AGENCY
mcozzini@sternlav.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Warren D. Levy

on behalf of Debtor Douglas E. Waldron atruss@keaveneylegalgroup.com
r46514@notify.bestcase.com;3295273420@filings.docketbird.com;casedriverecf@casedriver.com;atruss@KeaveneyLegalGroup.
com

Warren D. Levy

on behalf of Joint Debtor Patricia L. Waldron atruss@keaveneylegalgroup.com
r46514@notify.bestcase.com;3295273420@filings.docketbird.com;casedriverecf@casedriver.com;atruss@KeaveneyLegalGroup.
com

TOTAL: 10