| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Warren Levy, Esq.<br>Keaveney Legal Group<br>1000 Maplewood Drive<br>Suite 202<br>Maple Shade, NJ 08052<br>800-219-0939<br>Fax : 856-282-1090<br>Email: atruss@keaveneylegalgroup.com<br>Attorney for Debtors | |
| In re:<br>    **Douglas E. Waldron**<br>    **Patricia L. Waldron**<br><br>    **Debtors** | Case No.:    **19-10008-ABA**<br><br>Chapter:    **13**<br><br>Hearing Date:    **11/1/2022 at 10:00 am**<br><br>Judge:    **Andrew B. Altenburg, Jr.** |

# CERTIFICATION OF SERVICE

1. I, **Amy J. Truss** :

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **Warren Levy**, who represents **Douglas and Patricia Waldron** in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **September 27, 2022**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Amended Schedule I: Your Income**
    **Amended Schedule J: Your Expenses**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  **November 1, 2022**          /s/ Amy J. Truss
                                                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Isabel C. Balboa**<br>**Chapter 13 Standing Trustee**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, NJ 08002** | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **US Trustee**<br>**US Dept of Justice**<br>**One Newark Center, Suite 2100**<br>**Newark, NJ 07102** | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Maria Cozzini, Esq.**<br>**Stern Lavinthal & Frakenberg, LLC**<br>**104 Eisenhower Pkwy**<br>**Roseland, NJ 07068** | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Jason Brett Schwartz, Esq.**<br>**Mester & Schwartz, PC**<br>**1917 Brown Street**<br>**Philadelphia, PA 19130** | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **John R. Morton, Jr.**<br>**Law Offices of John R. Morton, Jr.**<br>**110 Marter Ave., Suite 301**<br>**Moorestown, NJ 08057** | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Denise E. Carlon, Esq.**<br>**KML Law Group, PC**<br>**701 Market Street, Suite 5000**<br>**Philadelphia, PA 19106** | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Douglas and Patricia Waldron**<br>**27 Croyden Road** | Debtors | ☐ Hand-delivered |

| **Mays Landing, NJ 08330** | | ☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
|---|---|---|

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.