| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Warren Levy, Esq.<br>Keaveney Legal Group<br>1000 Maplewood Drive<br>Suite 202<br>Maple Shade, NJ 08052<br>800-219-0939<br>Fax : 856-282-1090<br>Email: atruss@keaveneylegalgroup.com<br>Attorney for Debtors | |
| In re:<br>　　**Douglas E. Waldron**<br>　　**Patricia L. Waldron**<br><br>　　**Debtors** | Case No.:　　**19-10008-ABA**<br><br>Chapter:　　**13**<br><br>Judge:　　**Andrew B. Altenburg, Jr.** |

# CERTIFICATION OF SERVICE

1. I, __Amy J. Truss__ :

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for __Warren Levy__, who represents __Douglas and Patricia Waldron__ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On __March 7, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Order on M**otion to Vacate Dismissal of Case**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __March 7, 2023__    __/s/ Amy J. Truss__
　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| US Trustee<br>US Dept of Justice<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Maria Cozzini, Esq.<br>Stern Lavinthal & Frakenberg, LLC<br>104 Eisenhower Pkwy<br>Roseland, NJ 07068 | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Jason Brett Schwartz, Esq.<br>Mester & Schwartz, PC<br>1917 Brown Street<br>Philadelphia, PA 19130 | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| John R. Morton, Jr.<br>Law Offices of John R. Morton, Jr.<br>110 Marter Ave., Suite 301<br>Moorestown, NJ 08057 | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Denise E. Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Douglas and Patricia Waldron<br>27 Croyden Road | Debtors | ☐ Hand-delivered |

rev. 8/1/15

| Address | Role | Method |
|---|---|---|
| Mays Landing, NJ 08330 | | ☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| ABCO FCU<br>Attn: Bankruptcy<br>PO Box 247<br>Rancocas, NJ 08073 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| AIS Portfolio Services, LP<br>4515 N Santa Fe Ave.<br>Dept. APS<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Carepoint Health-Physician CHMG<br>c/o Weinstein & Riley, PS<br>2001 Western Avenue<br>Suite 400<br>Seattle, WA 98121 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| CCS<br>Attn: Bankruptcy<br>PO Box 150<br>West Berlin, NJ 08091 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Cenlar<br>PO Box 77404<br>Ewing, NJ 08628 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) |

| | | |
|---|---|---|
| | | ☐ Other ___<br>(as authorized by the court *) |
| **Discover Financial**<br>PO Box 3025<br>New Albany, OH 43054 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Edfiancial Services**<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Ford Motor Credit Company, LLC**<br>servicer for CAB EAST, LLC<br>PO Box 542000<br>Omaha, NE 68154 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Genesis Laboratory Management**<br>1912 Rte 35 South<br>Ste 202<br>Monmouth Beach, NJ 07750 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Hamilton Point Misty Pines HOA**<br>c/o Diversity Property Management<br>28 S. New York Road<br>B-6<br>Galloway, NJ 08205 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Hyberg, White & Mann**<br>2111 New Road<br>Executive Plaza, Suite 105<br>Northfield, NJ 08225 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Independent Recovery Resources**<br>24 Railroad Ave<br>Patchogue, NY 11772 | Creditor | ☐ Hand-delivered<br>☑ Regular mail |

| | | |
|---|---|---|
| | | ☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Internal Revenue Service**<br>**Attn.: Alicia Sameuls**<br>**955 S. Springfield Avenue**<br>**Building A**<br>**Springfield, NJ 07081** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Ivy Rehab Physical Therapy**<br>**1377 Motor Parkway**<br>**Suite 307**<br>**Islandia, NY 11749** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **NJ EZ Pass**<br>**c/o Retrieval Masters Creditor Bureau**<br>**4 Westchester Plaza**<br>**Suite 110**<br>**Elmsford, NY 10523** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **OneMain Financial**<br>**Attn: Bankruptcy**<br>**601 NW 2nd Street**<br>**Evansville, IN 47708** | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Police & Firemen's Retirement System**<br>**Board of Trustees**<br>**PO Box 297**<br>**Trenton, NJ 08625-0297** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ |

rev. 8/1/15

| | | |
|---|---|---|
| | | (as authorized by the court *) |
| **US Attorney General**<br>**US Dept. of Justice**<br>**Attn.: William P. Barr**<br>**950 Pennsylvania Ave., NW**<br>**Washington, DC 20530-0001** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **US Attorney's Office**<br>**District of New Jersey**<br>**Attn.: Craig Carpenito**<br>**970 Broad St., #806**<br>**Newark, NJ 07102** | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Verizon**<br>**c/o Harris and Harris Ltd.**<br>**111 West Jackson Blvd**<br>**Suite 400**<br>**Chicago, IL 60604-4135** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **We Florida Financial**<br>**1982 N State Road 7**<br>**Margate, FL 33063-5710** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.