**McKENNA, DuPONT, STONE & WASHBURNE, PC**
Michael R. DuPont, MRD/2077
229 Broad Street
Red Bank, NJ 07701
(732) 741-6681
Attorneys for Creditor, ABCO Federal Credit Union
Our File No.  53719

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of, | : | Chapter 13, Case No. 19-10008 |
| Douglas E. Waldron | | |
| Patricia L. Waldron | : | Honorable Andrew B. Altenburg, Jr. |
| | : | Confirmation Hearing: May 19, 2023 |
| Debtors. | : | |

### NOTICE OF OBJECTION TO CONFIRMATION OF PLAN
### PURSUANT TO BANKRUPTCY RULE 3015

The undersigned attorneys for ABCO Federal Credit Union, a creditor of debtor, hereby objects to the confirmation of the debtors' proposed Chapter 13 Plan on the basis of:

1. Debtors purchased a vehicle after the filing of the chapter 13 bankruptcy case through ABCO Federal Credit Union. The chapter 13 plan outlines in Part 4(g) of the plan that the collateral is unsecured and $0.00 to be paid. The borrowers' account is current, however, since the loan was taken after the bankruptcy filing, the Chapter 13 plan cannot include a post petition loan.

2. Debtors plan is not in good faith and needs to be Modified to remove the account of ABCO Federal Credit Union.

For the reason stated above, and for any others that the Court deems fair, creditor respectfully requests that confirmation of debtor's proposed plan be denied.

**McKENNA, DuPONT, STONE & WASHBURNE, PC**
Attorneys for Creditor, ABCO Federal Credit Union

By: */s/ Michael R. DuPont*
MICHAEL R. DuPONT, Esq.

Dated: March 10, 2023