| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern Lavinthal & Frankenberg LLC<br>105 Eisenhower Parkway - Suite 302<br>Roseland, NJ  07068<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Email: mcozzini@sternlav.com<br>Attorneys for Secured Creditor,<br>Cenlar FSB as servicer for Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency<br>By: Maria Cozzini, Esq. | |
| In Re:<br><br>    Douglas E. Waldron<br><br>    Patricia L. Waldron aka Patricia Morris-Waldron<br><br>            Debtor(s) | Case No.: 19-10008-ABA<br>Chapter:   13<br>Hearing Date:<br>Judge:   Andrew B. Altenburg, Jr. |

Order Filed on May 5, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER VACATING AUTOMATIC STAY AS TO
REAL PROPERTY TO  CENLAR FSB AS SERVICER FOR POLICE AND FIREMEN'S
RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT
NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY**

    The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: May 5, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Douglas E. Waldron and Patricia L. Waldron aka Patricia Morris-Waldron
Case No.:19-10008-ABA
Caption of Order: **Order Vacating Automatic Stay**

---

Upon the Motion of **Cenlar FSB as servicer for Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency,** on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

- Land and premises commonly known as **27 CROYDON RD, HAMILTON TOWNSHIP, NJ  08330**

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.