UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Christopher G. Cassie
Keaveney Legal Group, LLC
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
856-481-2098
Email: ccassie@keaveneylegalgroup.com
Attorney for Debtors

Order Filed on August 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Douglas E. Waldron
Patricia L. Waldron

Debtors

Case No.: 19-10008-ABA

Chapter: 13

Judge: Andrew B. Altenburg Jr.

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: August 2, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of __Douglas and Patricia Waldron, Debtors__ for the reduction of time for a hearing on __Motion to Reinstate Stay as to Cenlar FSB__ _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __August 8, 2023__ at __10 am__ in the United States Bankruptcy Court, __400 Cooper Street, 4th Floor, Camden, NJ 08101__, Courtroom No. __4B__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee, Secured Creditor, Secured Creditor's Attorney

(e-mail by consent only)

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All other affected parties

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☒ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to Trustee, Secured Creditor, Secured Creditor's Attorney

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*