| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Christopher G. Cassie, Esq.<br>Keaveney Legal Group<br>1000 Maplewood Drive<br>Suite 202<br>Maple Shade, NJ 08052<br>800-219-0939<br>Fax : 856-282-1090<br>Email: atruss@keaveneylegalgroup.com<br>Attorney for Debtors | |
| In re:<br>　　Douglas E. Waldron<br>　　Patricia L. Waldron<br>　　Debtors | Case No.:　　**19-10008-ABA**<br><br>Chapter:　　**13**<br><br>Judge:　　**Andrew B. Altenburg, Jr.** |

# CERTIFICATION OF SERVICE

1. I, **Amy J. Truss** :

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **Christopher G. Cassie**, who represents **Douglas and Patricia Waldron** in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **August 2, 2023**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Notice of Motion to Reinstate the Automatic Stay
    Certification in Support of Motion to Reinstate the Automatic Stay
    Statement as to Why No Brief is Necessary
    Proposed Order Granting Motion to Reinstate the Automatic Stay

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **August 2, 2023**　　　　　　　　　　　　　　　　**/s/ Amy J. Truss**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Isabel C. Balboa**<br>**Chapter 13 Standing Trustee**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, NJ 08002** | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other __Overnight mail__<br>(as authorized by the court *) |
| **US Trustee**<br>**US Dept of Justice**<br>**One Newark Center, Suite 2100**<br>**Newark, NJ 07102** | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Michael R. DuPont, Esq.**<br>**McKenna, DuPont, Higgins & Byrnes**<br>**229 Broad Street**<br>**Po Box 610**<br>**Red Bank, NJ 07001-0610** | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Maria Cozzini, Esq.**<br>**Stern Lavinthal & Frakenberg, LLC**<br>**104 Eisenhower Pkwy**<br>**Roseland, NJ 07068** | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other __Overnight mail__<br>(as authorized by the court *) |
| **Cenlar FSB**<br>**Attn: Bankruptcy Department**<br>**425 Phillips Blvd.**<br>**Ewing, NJ 08618** | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other __Overnight mail__<br>(as authorized by the court *) |
| **Police & Firemen's Retirement System**<br>**Board of Trustees**<br>**Attn: Bankruptcy Department**<br>**425 Phillips Blvd.**<br>**Ewing, NJ 08618** | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other __overnight mail__<br>(as authorized by the court *) |
| **Jason Brett Schwartz, Esq.**<br>**Mester & Schwartz, PC**<br>**1917 Brown Street** | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail |

| Name and Address | Role | Mode of Service |
|---|---|---|
| Philadelphia, PA 19130 | | ☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| John R. Morton, Jr.<br>Law Offices of John R. Morton, Jr.<br>110 Marter Ave., Suite 301<br>Moorestown, NJ 08057 | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Denise E. Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Douglas and Patricia Waldron<br>27 Croyden Road<br>Mays Landing, NJ 08330 | Debtors | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| ABCO FCU<br>Attn: Bankruptcy<br>PO Box 247<br>Rancocas, NJ 08073 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| AIS Portfolio Services, LP<br>4515 N Santa Fe Ave.<br>Dept. APS<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ |

| Address | Role | Delivery Method |
|---|---|---|
| | | ☐ Other ___<br>(as authorized by the court *) |
| **Carepoint Health-Physician CHMG**<br>c/o Weinstein & Riley, PS<br>2001 Western Avenue<br>Suite 400<br>Seattle, WA 98121 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **CCS**<br>Attn: Bankruptcy<br>PO Box 150<br>West Berlin, NJ 08091 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Cenlar**<br>PO Box 77404<br>Ewing, NJ 08628 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Discover Financial**<br>PO Box 3025<br>New Albany, OH 43054 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Edfiancial Services**<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Ford Motor Credit Company, LLC**<br>servicer for CAB EAST, LLC<br>PO Box 542000<br>Omaha, NE 68154 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Genesis Laboratory Management**<br>1912 Rte 35 South<br>Ste 202<br>Monmouth Beach, NJ 07750 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR |

rev. 8/1/15

| | | |
|---|---|---|
| | | ☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>    (as authorized by the court *) |
| **Hamilton Point Misty Pines HOA**<br>**c/o Diversity Property Management**<br>**28 S. New York Road**<br>**B-6**<br>**Galloway, NJ 08205** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>    (as authorized by the court *) |
| **Hyberg, White & Mann**<br>**2111 New Road**<br>**Executive Plaza, Suite 105**<br>**Northfield, NJ 08225** | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>    (as authorized by the court *) |
| **Independent Recovery Resources**<br>**24 Railroad Ave**<br>**Patchogue, NY 11772** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>    (as authorized by the court *) |
| **Internal Revenue Service**<br>**Attn.: Alicia Sameuls**<br>**955 S. Springfield Avenue**<br>**Building A**<br>**Springfield, NJ 07081** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>    (as authorized by the court *) |
| **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>    (as authorized by the court *) |
| **Ivy Rehab Physical Therapy**<br>**1377 Motor Parkway**<br>**Suite 307**<br>**Islandia, NY 11749** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>    (as authorized by the court *) |
| **NJ EZ Pass** | | |

| Address | Role | Delivery |
|---|---|---|
| c/o Retrieval Masters Creditor Bureau<br>4 Westchester Plaza<br>Suite 110<br>Elmsford, NY 10523 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| OneMain Financial<br>Attn: Bankruptcy<br>601 NW 2nd Street<br>Evansville, IN 47708 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Police & Firemen's Retirement System<br>Board of Trustees<br>PO Box 297<br>Trenton, NJ 08625-0297 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| US Attorney General<br>US Dept. of Justice<br>Attn.: William P. Barr<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| US Attorney's Office<br>District of New Jersey<br>Attn.: Craig Carpenito<br>970 Broad St., #806<br>Newark, NJ 07102 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Verizon<br>c/o Harris and Harris Ltd.<br>111 West Jackson Blvd<br>Suite 400<br>Chicago, IL 60604-4135 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| We Florida Financial<br>1982 N State Road 7<br>Margate, FL 33063-5710 | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail |

rev. 8/1/15

|  |  | ☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
|---|---|---|

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.