**BANK OF AMERICA**

Cashier's Check

No. ▮▮▮▮▮▮

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days

30-1/1140
NTX

Date 08/07/23 12:53:23 PM

BROADWAY

0004    0090275    0100

Pay  BANK OF AMERICA  **22898**65**  TWO TWO EIGHT  NINE EIGHT  CTS CTS

**\*\*$22,898.65\*\***

\*\*Twenty Two Thousand Eight Hundred Ninety Eight and 65/100 Dollars\*\*

To The Order Of   CENTRAL LOAN ADMINISTRATION

AND REPORTING

Remitter (Purchased By):  DOUGLAS E WALDRON

Bank of America, N.A.
SAN ANTONIO, TX

AUTHORIZED SIGNATURE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

078721155

www.bankofamerica.com

Douglas Weldon
8/7/23

Chris Cassie

* Do not give, check if our loan is not reinstated. Thank you.