| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Stern, Lavinthal & Frankenberg, LLC<br>103 Eisenhower Parkway, Suite 100<br>Roseland, New Jersey 07068-0490<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Email: mcozzini@sternlav.com<br>Attorneys for Secured Creditor,<br>Cenlar FSB as servicer for Police and Firemen's Retirement System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency<br>By: Maria Cozzini, Esq. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>CAMDEN VICINAGE<br><br>Chapter 13<br><br>Case No. 19-10008-ABA |
| In Re:<br><br>Douglas E. Waldron<br><br>Patricia L. Waldron aka Patricia Morris-Waldron<br>                    Debtor | |

## CERTIFICATION OF SERVICE

1. I, Angela Lisa:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for <u>Stern, Lavinthal & Frankenberg, LLC</u>, who represents the <u>Secured Creditor</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

1. On <u>August 7, 2023</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Objection to Debtor's Motion to Reinstate Stay***

2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 7, 2023                                                                 /s/ Angela Lisa
                                                                                                    Angela Lisa

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Patricia L. Waldron<br>27 Croyden Road<br>Mays Landing, NJ 08330 | Debtor | ❑ Hand-delivered<br>✓ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| James DiMaggio<br>Keaveney Legal Group, LLC<br>1000 Maplewood Dr<br>Suite 202<br>Maple Shade, NJ 08052 | Debtor's Counsel | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>✓ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>✓ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.