<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire (IB 4082)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002**

In Re:

   Douglas E. Waldron and Patricia L. Waldron**,**

Debtor(s).'

</td><td>

Case No. 19-10008    ABA

Judge:    Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

</td></tr>
</table>

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated, and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow:

1.      Debtor's case be and is hereby allowed to continue at $93,668.00 total receipts applied to plan, then $3,463.00 for the remaining five (5) months commencing September 1, 2023, for a total of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on January 9, 2020 remain in effect.

| /s/    *Christopher G. Cassie, Esquire* | /s/    *Andrew B. Finberg, Esquire* |
|---|---|
| Warren D. Levy, Esquire, | Andrew B. Finberg, |
| Attorney for Debtor | Chapter 13 Standing Trustee |

Dated:        10/13/2023              Dated:        10/18/2023