Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−10008−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Douglas E. Waldron
27 Croyden Road
Mays Landing, NJ 08330

Patricia L. Waldron
aka Patricia Morris−Waldron
27 Croyden Road
Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−9474

   xxx−xx−3717

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on February 6, 2024.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 7, 2024
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 19-10008-ABA
Douglas E. Waldron                                                                                      Chapter 13
Patricia L. Waldron
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                               Page 1 of 3
Date Rcvd: Feb 07, 2024               Form ID: 148                           Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##              Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas E. Waldron, Patricia L. Waldron, 27 Croyden Road, Mays Landing, NJ 08330-3433 |
| cr | + | ABCO Federal Credit Union, McKenna, DuPont Higgins & Stone, 229 Broad Street, PO Box 610, 229 Broad Street, PO Box 610, Red Bank, NJ 07701-0610 |
| cr | + | CENLAR FSB AS SERVICER FOR POLICE AND FIREMENS RET, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Ford Motor Credit Company, LLC, servicer for CAB E, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| cr | + | POLICE AND FIREMEN?S RETIREMENT SYSTEM BOARD OF TR, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517948719 | + | Edfiancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 517948720 | | Genesis Laboratory Management, 1912 Rte 35 South, Ste 202, Monmouth Beach, NJ 07750 |
| 517948721 | + | Hamilton Point Misty Pines HOA, c/o Diversity Property Management, 28 S. New York Road, B-6, Galloway, NJ 08205-9695 |
| 517948722 | + | Hyberg, White & Mann, 2111 New Road, Executive Plaza, Suite 105, Northfield, NJ 08225-1512 |
| 517948723 | + | Independent Recovery Resources, 24 Railroad Ave, Patchogue, NY 11772-3518 |
| 517948724 | + | Ivy Rehab Physical Therapy, 1377 Motor Parkway, Suite 307, Islandia, NY 11749-5258 |
| 517948726 | + | NJ EZ Pass, c/o Retrieval Mastersr Creditor Bureau, 4 Wesstchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 518445175 | + | PNC Bank, National Association, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517948728 | + | Phelan Hallinan & Diamond PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 07 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 07 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517948714 | + | Email/Text: collections@abcofcu.org | Feb 07 2024 20:52:00 | Abco Fcu, Attn: Bankruptcy, Po Box 247, Rancocas, NJ 08073-0247 |
| 517948717 | + | Email/Text: amanda@cascollects.com | Feb 07 2024 20:52:00 | CCS, Attn: Bankruptcy, Po Box 150, West Berlin, NJ 08091-0150 |
| 517948715 | + | EDI: CAPITALONE.COM | Feb 08 2024 01:37:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517948716 | + | EDI: CAPONEAUTO.COM | Feb 08 2024 01:37:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517957874 | + | EDI: AISACG.COM | Feb 08 2024 01:37:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517972978 | + | EDI: AISACG.COM | Feb 08 2024 01:37:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |

Case 19-10008-ABA    Doc 130    Filed 02/09/24    Entered 02/10/24 00:18:29    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 07, 2024 | Form ID: 148 | Total Noticed: 40 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518044870 | + | EDI: AIS.COM | Feb 08 2024 01:37:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518097899 | + | Email/Text: bncmail@w-legal.com | Feb 07 2024 20:51:00 | CarePoint Health - Physican CHMG, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517957512 | | EDI: DISCOVER | Feb 08 2024 01:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517948718 | + | EDI: DISCOVER | Feb 08 2024 01:37:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517952490 | | Email/Text: EBNBKNOT@ford.com | Feb 07 2024 20:52:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 517964918 | | Email/Text: EBNBKNOT@ford.com | Feb 07 2024 20:52:00 | Ford Motor Credit Company, LLC, PO BOX 62180, COLORADO SPRINGS CO 80962-4400 |
| 518249915 | | EDI: IRS.COM | Feb 08 2024 01:37:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517948725 | + | Email/Text: EBNBKNOT@ford.com | Feb 07 2024 20:52:00 | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 517993751 | + | EDI: AGFINANCE.COM | Feb 08 2024 01:37:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 517948727 | + | EDI: AGFINANCE.COM | Feb 08 2024 01:37:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 518102076 | + | Email/Text: BKelectronicnotices@cenlar.com | Feb 07 2024 20:51:00 | POLICE AND FIREMEN'S RETIREMENT, c/o CENLAR FSB, Attn: BK Department, 425 Phillips BLVD, Ewing NJ 08618-1430 |
| 518500584 | | EDI: PRA.COM | Feb 08 2024 01:37:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518500585 | | EDI: PRA.COM | Feb 08 2024 01:37:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517948729 | | EDI: PHINHARRIS | Feb 08 2024 01:37:00 | State of Maryland CCU, c/o Harris and Harris Ltd., 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 518297661 | | Email/Text: EDBKNotices@ecmc.org | Feb 07 2024 20:50:00 | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 518060721 | + | EDI: AIS.COM | Feb 08 2024 01:37:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518256215 | | EDI: PHINHARRIS | Feb 08 2024 01:37:00 | Verizon, c/o Harris and Harris Ltd., 111 West Jackson Blvd., Suite 400, Chicago, IL 60604-4135 |
| 517948730 | | Email/Text: membersolutions@wefloridafinancial.com | Feb 07 2024 20:50:00 | We Florida Financial, Attn: Bankruptcy, Po Box 14548, Fort Lauderdale, FL 33302 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518070014 | | POLICE AND FIREMEN'S RETIREMENT SYSTEM |
| cr | *+ | POLICE AND FIREMEN'S RETIREMENT SYSTEM BOARD OF TR, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517993753 | *+ | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518988837 | ##+ | Maria Cozzini, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, New Jersey 07068-1640 |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 07, 2024 | Form ID: 148 | Total Noticed: 40 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Christopher G. Cassie | on behalf of Debtor Douglas E. Waldron ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| Christopher G. Cassie | on behalf of Joint Debtor Patricia L. Waldron ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC, servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC Bank National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor CENLAR FSB AS SERVICER FOR POLICE AND FIREMENS RETIREMENT SYSTEM BOARD OF TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEYHOUSING AND MORTGAGE FINANCE AGENCY mcozzini@sternlav.com |
| Michael R. DuPont | on behalf of Creditor ABCO Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren D. Levy | on behalf of Debtor Douglas E. Waldron atruss@keaveneylegalgroup.com r46514@notify.bestcase.com;3295273420@filings.docketbird.com;casedriverecf@casedriver.com;atruss@KeaveneyLegalGroup.com;ccassie@KeaveneyLegalGroup.com |
| Warren D. Levy | on behalf of Joint Debtor Patricia L. Waldron atruss@keaveneylegalgroup.com r46514@notify.bestcase.com;3295273420@filings.docketbird.com;casedriverecf@casedriver.com;atruss@KeaveneyLegalGroup.com;ccassie@KeaveneyLegalGroup.com |

TOTAL: 14