Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  19−10008−ABA
                              Chapter:  13
                              Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Douglas E. Waldron | Patricia L. Waldron |
| 27 Croyden Road | aka Patricia Morris−Waldron |
| Mays Landing, NJ 08330 | 27 Croyden Road |
| | Mays Landing, NJ 08330 |

Social Security No.:
  xxx−xx−9474                                                   xxx−xx−3717

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 10, 2024</u>                  <u>Andrew B. Altenburg Jr.</u>
                                            Judge, United States Bankruptcy Court